# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-16334-AMC

ANTHONY MICHAEL STENDARDO
LORETTA STENDARDO
2716 E. BIRCH STREET

PHILADELPHIA, PA 19134-5710

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANTHONY MICHAEL STENDARDO
    LORETTA STENDARDO
    2716 E. BIRCH STREET

    PHILADELPHIA, PA 19134-5710

**Counsel for debtor(s), by electronic notice only.**
    IRWIN LEE TRAUSS
    718 ARCH ST
    SUITE 300 N
    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                  /s/ William C. Miller

Date: 8/18/2016

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee