# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-16334-AMC

ANTHONY MICHAEL STENDARDO
LORETTA STENDARDO
2716 E. BIRCH STREET

PHILADELPHIA, PA 19134-5710

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

ANTHONY MICHAEL STENDARDO
LORETTA STENDARDO
2716 E. BIRCH STREET

PHILADELPHIA, PA 19134-5710

Counsel for debtor(s), by electronic notice only.

IRWIN LEE TRAUSS
718 ARCH ST
SUITE 300 N
PHILADELPHIA, PA 19106-

                            /S/ William C. Miller

Date: 8/24/2016             _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee