United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Michael Stendardo  
Loretta Stendardo  
    Debtors

Case No. 15-16334-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Jun 15, 2017  
Form ID: 152    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.

```
db/jdb          Anthony Michael Stendardo,    Loretta Stendardo,    2716 E. Birch Street,
                 Philadelphia, PA 19134-5710
13591399       +Berk's Credit and Collections,    900 Corporate Dr.,    Reading, PA 19605-3340
13591404       +Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0001
13591400       +Cassandra Lee Matos,    Reed Smith,    3 Logan Sq.,    1717 Arch St.,    Suite 3100,
                 Philadelphia, PA 19103-2762
13591402       +Central Financial Control,    PO BOX 66044,    Anaheim, CA 92816-6044
13591401        Central Financial Control,    P.O. Box 58669,    Philadelphia, Pennsylvania 19102-8669
13591406       +John T. Dooley,    5434 King Avenue, Suite 202,    Rt 38 East,    Pennsauken, NJ 08109-1197
13725555       +Liberty Savings Bank FSB,    c/o Joshua I Goldman,    KML Law Group, P.C.,
                 701 Market Street,Suite5000,    Philadelphia, PA 19106-1541
13591407       +Pennsylvania Housing Finance Agency,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13591408      #+Philadelphia Gastroenterology,    1811 S. Broad Street,    Philadelphia, PA 19148-2115
13591409       +Thomas Puleo Esquire,    KML Law Firm,    Suite 5000,    701 Market St.,
                 Philadelphia, Pennsylvania 19106-1541
13591410       +U.S. Bank National Association, as Trust,    c/o 3415 Vision Dr.,    Columbus, Ohio 43219-6009
13591411       +Water Revenue,    City of Philadelphia,    Law Department,    15th Floor,    1515 Arch Street,
                 Philadelphia, PA 19102-1504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:13:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2017 01:14:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13700446        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2017 01:09:17
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13679600        E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:26     City of Philadelphia,
                 Law Department    Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13591405       +E-mail/Text: TenetBKNotifications@resurgent.com Jun 16 2017 01:13:55
                 Hahnemann Univ. hospital,    230 N. Broad Street,    Philadelphia, PA 19102-1178
13620563        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:13:56
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                                TOTAL: 7
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13591403        Chase,    P.O. Box 183166,    Columbus, Ohio 43218 -- 3166,    Commonwealth of PA Dept. Of Revenue
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2017                                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Jun 15, 2017
                               Form ID: 152                Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
          IRWIN LEE TRAUSS    on behalf of Debtor Anthony Michael Stendardo itrauss@philalegal.org,
           irwin@trauss.com
          IRWIN LEE TRAUSS    on behalf of Joint Debtor Loretta  Stendardo itrauss@philalegal.org,
           irwin@trauss.com
          IRWIN LEE TRAUSS    on behalf of Plaintiff Anthony Michael Stendardo itrauss@philalegal.org,
           irwin@trauss.com
          IRWIN LEE TRAUSS    on behalf of Plaintiff Loretta  Stendardo itrauss@philalegal.org,
           irwin@trauss.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS R. DOMINCZYK    on behalf of Defendant   Ashley Funding Services LLC
           tdominczyk@mauricewutscher.com
          THOMAS R. DOMINCZYK    on behalf of Defendant   Resurgent Capital Services
           tdominczyk@mauricewutscher.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony Michael Stendardo and
Loretta Stendardo

     Debtor(s)                                 Case No: 15−16334−amc

                                              Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/29/17 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107


                                                                      For The Court

                                                                      Timothy B. McGrath
                                                                      Clerk of Court