

# IN THE UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania
In RE:  In Proceedings Under
15-16334

## Debtor(s)

Anthony Stendardo

## WITHDRAWAL OF CLAIM

Please withdraw court claim number(s) #3, 4, 5   in the amount of $1216.00, $1216.06, $1184.00 respectively  .

/s/ Susan I Gaines
Claim Processor

## Creditor Name & Address

Dell Financial Services
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC  29603

Dated:  June 16, 2017

55 Beattie Place, Ste 110, MS 127, Greenville, South Carolina 29601, Telephone 864-248-8700