# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-16334-AMC

ANTHONY MICHAEL STENDARDO
LORETTA STENDARDO
2716 E. BIRCH STREET

PHILADELPHIA, PA 19134-5710

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANTHONY MICHAEL STENDARDO
  LORETTA STENDARDO
  2716 E. BIRCH STREET

  PHILADELPHIA, PA 19134-5710

Counsel for debtor(s), by electronic notice only.

  IRWIN LEE TRAUSS
  718 ARCH ST
  SUITE 300 N
  PHILADELPHIA, PA 19106-

                                            /S/ William C. Miller

Date: 9/15/2017                                _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee