# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-16334-AMC

ANTHONY MICHAEL STENDARDO
LORETTA STENDARDO
2716 E. BIRCH STREET

PHILADELPHIA, PA 19134-5710

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTHONY MICHAEL STENDARDO
    LORETTA STENDARDO
    2716 E. BIRCH STREET

    PHILADELPHIA, PA 19134-5710

Counsel for debtor(s), by electronic notice only.

    IRWIN LEE TRAUSS
    718 ARCH ST
    SUITE 300 N
    PHILADELPHIA, PA 19106-

                                           /S/ William C. Miller

Date: 10/10/2019                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee