United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16334-elf |
| Anthony Michael Stendardo | Chapter 13 |
| Loretta Stendardo | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony Michael Stendardo, Loretta Stendardo, 2716 E. Birch Street, Philadelphia, PA 19134-5710 |
| 13591404 | + | Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| 13591400 | + | Cassandra Lee Matos, Reed Smith, 3 Logan Sq., 1717 Arch St., Suite 3100 Philadelphia, PA 19103-2762 |
| 13591402 | + | Central Financial Control, PO BOX 66044, Anaheim, CA 92816-6044 |
| 13591401 | | Central Financial Control, P.O. Box 58669, Philadelphia, Pennsylvania 19102-8669 |
| 13591406 | + | John T. Dooley, 5434 King Avenue, Suite 202, Rt 38 East, Pennsauken, NJ 08109-1197 |
| 13725555 | + | Liberty Savings Bank FSB, c/o Joshua I Goldman, KML Law Group, P.C., 701 Market Street,Suite5000, Philadelphia, PA 19106-1541 |
| 13591407 | + | Pennsylvania Housing Finance Agency, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 13591409 | + | Thomas Puleo Esquire, KML Law Firm, Suite 5000, 701 Market St., Philadelphia, Pennsylvania 19106-1541 |
| 13591410 | + | U.S. Bank National Association, as Trust, c/o 3415 Vision Dr., Columbus, Ohio 43219-6009 |
| 13591411 | + | Water Revenue, City of Philadelphia, Law Department, 15th Floor, 1515 Arch Street Philadelphia, PA 19102-1504 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 07:02:12 | Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13700446 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 07:02:15 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13591399 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 20 2021 06:53:00 | Berk's Credit and Collections, 900 Corporate Dr., Reading, PA 19605-3340 |
| 13679600 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13591405 | + | Email/PDF: TenetBKNotifications@resurgent.com | Jan 20 2021 07:02:09 | Hahnemann Univ. hospital, 230 N. Broad Street, Philadelphia, PA 19102-1178 |
| 13620563 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 15-16334-elf   Doc 101   Filed 01/21/21   Entered 01/22/21 01:07:43   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 20 |

| | | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13591403 | | Chase, P.O. Box 183166, Columbus, Ohio 43218 -- 3166, Commonwealth of PA Dept. Of Revenue |
| 13591408 | ##+ | Philadelphia Gastroenterology, 1811 S. Broad Street, Philadelphia, PA 19148-2115 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name**                **Email Address**

IRWIN LEE TRAUSS
on behalf of Debtor Anthony Michael Stendardo itrauss@philalegal.org  irwin@trauss.com

IRWIN LEE TRAUSS
on behalf of Joint Debtor Loretta Stendardo itrauss@philalegal.org  irwin@trauss.com

IRWIN LEE TRAUSS
on behalf of Plaintiff Anthony Michael Stendardo itrauss@philalegal.org  irwin@trauss.com

IRWIN LEE TRAUSS
on behalf of Plaintiff Loretta Stendardo itrauss@philalegal.org  irwin@trauss.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSHUA I. GOLDMAN
on behalf of Creditor U.S. Bank National Association  Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

THOMAS I. PULEO
on behalf of Creditor U.S. Bank National Association  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

THOMAS R. DOMINCZYK
on behalf of Defendant Ashley Funding Services LLC tdominczyk@mauricewutscher.com thomas-dominczyk-5025@ecf.pacerpro.com

THOMAS R. DOMINCZYK
on behalf of Defendant Resurgent Capital Services tdominczyk@mauricewutscher.com thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Jan 19, 2021     Form ID: 138NEW     Total Noticed: 20

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony Michael Stendardo and
Loretta Stendardo

       Debtor(s)                                        Bankruptcy No: 15−16334−elf

                                                                      Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                           900 Market Street
                               Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                For The Court
                                                          Timothy B. McGrath
                                                            Clerk of Court

Dated: 1/19/21

                                                                                                       99 − 98
                                                                                           Form 138_new