United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Anthony Michael Stendardo

Loretta Stendardo

    Debtors

Case No. 15-16334-elf

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 212 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb        Anthony Michael Stendardo, Loretta Stendardo, 2716 E. Birch Street, Philadelphia, PA 19134-5710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| IRWIN LEE TRAUSS | on behalf of Plaintiff Loretta Stendardo itrauss@philalegal.org  irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Debtor Anthony Michael Stendardo itrauss@philalegal.org  irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Joint Debtor Loretta Stendardo itrauss@philalegal.org  irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Plaintiff Anthony Michael Stendardo itrauss@philalegal.org  irwin@trauss.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2                          User: admin                                  Page 2 of 2
Date Rcvd: Jan 19, 2021                       Form ID: 212                            Total Noticed: 1

THOMAS I. PULEO
                    on behalf of Creditor JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

THOMAS R. DOMINCZYK
                    on behalf of Defendant Ashley Funding Services LLC tdominczyk@mauricewutscher.com
                    thomas-dominczyk-5025@ecf.pacerpro.com

THOMAS R. DOMINCZYK
                    on behalf of Defendant Resurgent Capital Services tdominczyk@mauricewutscher.com
                    thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                                              Chapter: 13

    Anthony Michael Stendardo and Loretta
Stendardo

Debtor(s)                                                           Case No: 15−16334−elf

_____

### ORDER

AND NOW, 1/19/21 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy
Court

100
Form 212