**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   Anthony Michael Stendardo | : | Chapter 13 |
| and | : | |
| Loretta Stendardo | : | |
| | : | |
| Debtors | : | Bankruptcy No. 15-16344 |

**ORDER**

AND NOW, this __3rd__ day of __February__, 2021, upon consideration of the Application for Exemption from Financial Management Course Requirement; Domestic Support Obligation Certification and §522(q) Certification, it is hereby **ORDERED** that the Motion is **GRANTED**. Debtor Anthony Michael Stendardo is excused from participating in the Financial Management Course; from filing a Certification regarding Domestic Support Obligations and from filing a Certification of compliance with 11 U.S.C. §522(q).

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**