United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 15-16334-elf
Anthony Michael Stendardo  Chapter 13
Loretta Stendardo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Feb 04, 2021  Form ID: pdf900  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Anthony Michael Stendardo, Loretta Stendardo, 2716 E. Birch Street, Philadelphia, PA 19134-5710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| IRWIN LEE TRAUSS | on behalf of Plaintiff Loretta Stendardo itrauss@philalegal.org irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Debtor Anthony Michael Stendardo itrauss@philalegal.org irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Joint Debtor Loretta Stendardo itrauss@philalegal.org irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Plaintiff Anthony Michael Stendardo itrauss@philalegal.org irwin@trauss.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 1

THOMAS I. PULEO
    on behalf of Creditor JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

THOMAS R. DOMINCZYK
    on behalf of Defendant Ashley Funding Services LLC tdominczyk@mauricewutscher.com
    thomas-dominczyk-5025@ecf.pacerpro.com

THOMAS R. DOMINCZYK
    on behalf of Defendant Resurgent Capital Services tdominczyk@mauricewutscher.com
    thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   Anthony Michael Stendardo | : | Chapter 13 |
| and | : | |
| Loretta Stendardo | : | |
| | : | |
| Debtors | : | Bankruptcy No. 15-16344 |

**ORDER**

AND NOW, this  3rd  day of  February , 2021, upon consideration of the Application for Exemption from Financial Management Course Requirement; Domestic Support Obligation Certification and §522(q) Certification, it is hereby **ORDERED** that the Motion is **GRANTED**. Debtor Anthony Michael Stendardo is excused from participating in the Financial Management Course; from filing a Certification regarding Domestic Support Obligations and from filing a Certification of compliance with 11 U.S.C. §522(q).

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**